# TIFFANY & BOSCO
## P.A.

2525 E. CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

08-68205/191319821

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:07-bk-03150-EWH |
| David Harris Lowdermilk and Veronica Lowdermilk<br>Debtors. | Chapter 13<br><br>(Related to Docket #22) |
| Wells Fargo Bank, NA dba Americas Servicing Company<br>Movant,<br>vs.<br>David Harris Lowdermilk and Veronica Lowdermilk, Debtors;Russell A. Brown, Trustee.<br>Respondents. | **STIPULATION REGARDING MOTION FOR RELIEF** |

IT IS HEREBY STIPULATED by and between the parties herein, through counsel undersigned,

that all stays and injunctions, including the automatic stays under U.S. Bankruptcy Code Section 362(a),

are hereby vacated with respect to the real property which is the subject of the Deed of Trust in the

records of the Maricopa County, Arizona Recorder's Office, wherein David Harris Lowdermilk and

Veronica Lowdermilk, are designated as trustors and Wells Fargo Bank, NA dba Americas Servicing

Company is the current beneficiary, which Deed of Trust encumbers the following described real

property:

The West half of the South half of the following described property:

A portion of Parcel 7, HAWKSPRINGS ESTATES AMENDED, recorded in Book 516 of Maps, Page 27, Maricopa County, Arizona described as follows:

COMMENCING at the South quarter corner of Section 29, Township 1 North, Range 5 West of the Gila and Salt River Base and Meridian, Maricopa County, Arizona;

Thence North 00 degrees 16 minutes 02 seconds East, a distance of 422.00 feet to THE POINT OF BEGINNING;

Thence continuing North 00 degrees 16 minutes 02 seconds East, a distance of 421.35 feet to the corner of Parcel 7, HAWKSPRINGS ESTATES AMENDED, recorded in Book 518 of Maps, Page 27, Maricopa County, Arizona;

Thence North 89 degrees 28 minutes 28 seconds West along the North line of said Parcel 7, a distance of 516.51 feet;

Thence South 00 degrees 15 minutes 57 seconds West, a distance of 422.26 feet;

Thence South 89 degrees 34 minutes 30 seconds East, a distance of 516.48 feet to THE POINT OF. BEGINNING.

IT IS FURTHER STIPULATED that the debtors will cure the post-petition arrearages currently

due as follows:

| | |
|---|---|
| **4 PAYMENTS at $759.42**<br>**(9/01/2008 – 12/01/2008)** | **$3,037.68** |
| **2 PAYMENTS at $760.09**<br>**(1/01/2009 – 2/1/2009)** | **$1,520.18** |
| **2 PAYMENTS at $1,038.25**<br>**(3/1/2009 – 4/1/2009)** | **$2,076.50** |
| **POST PETITION ACCRUED LATE CHARGES** | **$ 549.18** |
| **LESS DEBTOR SUSPENSE** | **<$ 85.42>** |
| **BANKRUPTCY ATTORNEYS FEES AND COSTS** | **$ 400.00** |

2

**LESS A LUMP SUM PAYMENT**                            <$2,300.00>

**TOTAL AMOUNT OF POST PETITION DEFAULT**     **$5,198.12**

1. The total arrearage above in the amount of **$5,198.12, shall be paid through the Debtors Amended/Modified Chapter 13 Plan**, which shall be filed within five (5) business days from the execution of this stipulation. The Movant shall file a Supplemental Proof of Claim in the amount of $5,198.12 once this executed stipulation is received to account for the post petition default.

2. In addition to the payment listed in Paragraph 1, the Debtor will make the regular post-petition payment due for May 1, 2009, which shall be made when due, and all subsequent payments shall be made when due.

IT IS FURTHER STIPULATED that if Debtor' Bankruptcy Case No. 2:07-bk-03150-EWH is dismissed, either voluntary or involuntary, for any reason, this Stipulation will become null and void and Wells Fargo Bank, NA dba Americas Servicing Company, and after such dismissal, may, in its discretion, conduct a Trustee's Sale or judicial "foreclosure" on its Deed of Trust or take whatever other actions necessary to protect their interest in the above legally described property.

IT IS FURTHER STIPULATED that in the event of conversion by the Debtor to any other bankruptcy chapter, the repayment portion of this Order shall become null and void, except that the portion of this Order vacating the automatic stay under U.S. Bankruptcy Code Section 362 (a) shall remain in full force and effect.

IT IS FURTHER STIPULATED that any hearings scheduled in the matter are vacated.

DATED this _____ day of _____ 2009.

TIFFANY & BOSCO, P.A.

By _____

Mark S. Bosco
Leonard J. McDonald
Attorneys for Movant

. . .

3

1

_____
Andrew S. Nemeth
Attorney for Debtor

2

3

4  R1

5  Tr  R Brown    Russell Brown
              ~~2009.08.14~~
              14:16:21
              -07'00'

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

4